UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:15-CR-494-T-17AEP

LORIS VENZE HOWARD FORBES.

_____/

ORDER

This cause is before the Court on:

Dkt. 163     Motion for Documents

Defendant Loris Venze Howard Forbes, *pro se*, requests the Court to direct the Clerk of Court to provide copies of documents (Plea Agreement, Dkt. 40; Report and Recommendation, Dkt. 53) to Defendant without cost.

The Court has reviewed the docket. Defendant Forbes was sentenced on June 10, 2016. No appeal is pending, nor has Defendant Forbes filed a Sec. 2255 Petition or a habeas Petition.

In the Motion, Defendant Forbes has not explained what claims the materials Defendant has requested would have helped Defendant Forbes to raise. Defendant Forbes has not included any allegation that might establish that Defendant Forbes is entitled to court records without cost at this time.

The Court notes that a district court's denial of a federal prisoner's transcript request has been affirmed on appeal where there is no appeal pending and the

Defendant had not moved to vacate his sentence under Sec. 2255. **See** **Walker v. United States**, 424 F.2d 278, 279 (5th Cir. 1970)(holding that "only where a [habeas] petitioner...has been granted leave to proceed in forma pauperis and his application is pending before the court is that petitioner entitled to be furnished copies of court records without cost.").

After consideration, Defendant's Motion for Documents is denied without prejudice. Accordingly, it is

**ORDERED** that *pro se* Defendant Loris Venze Howard Forbes' Motion for Documents (Dkt. 163) is **denied without prejudice**

**DONE and ORDERED** in Chambers in Tampa, Florida on this /st day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:
All parties and counsel of record

**Pro Se** Defendant:
Loris Venze Howard Forbes
64552-018
Federal Correctional Institution
P.O. Box 779800
Miami, FL    33177

2